IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Maryann Cyr,<br><br>                 Plaintiff,<br>vs.<br><br>Nancy A. Berryhill, Acting Commissioner<br>of Social Security,<br>                 Defendant. | Civil Action No. 1:17-cv-798-CMC<br><br>**ORDER** |

      This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 20. In her petition, Plaintiff seeks an award of attorney's fees in the amount of $3,070.31, representing 5 attorney hours at the rate of $187.50 per hour, 22.75 paralegal hours at an hourly rate of $93.75, and expenses of $20.01.

      The Commissioner filed a response indicating that she does not oppose payment of $3,070.31 in attorney's fees and $20.01 in expenses to Plaintiff. ECF No. 21. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $3,070.31 in attorney's fees and $20.01 in expenses, payable directly to Plaintiff.

      **IT IS SO ORDERED**.

                                                       s/Cameron McGowan Currie
                                                       CAMERON MCGOWAN CURRIE
                                                       Senior United States District Judge

Columbia, South Carolina
March 16, 2018